UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT BELLINGHAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN W. DURHAM,<br><br>    Defendant. | Case No.:  CR18-207 PLM<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

On or about May 23, 2018, at Naval Air Station Whidbey Island, Oak Harbor, Washington, within the Western District of Washington and within the special maritime and territorial jurisdiction of the United States, JOHN W. DURHAM, did take and carry away with intent to steal and purloin, Government property of a value not in excess of $1,000.

All in violation of Title 18, United States Code, Sections 7 and 641.

DATED this 29TH day of AUGUST, 2018.

ANNETTE L. HAYES
United States Attorney

KEVIN O. MCCONNELL
Special Assistant United States Attorney

Page 1 of 1–INFORMATION
USA v. JOHN W. DURHAM.

Special Asst. U. S. Attorney
Regional Legal Service Office
1045 Midway St, BLDG 2739
Oak Harbor, WA 98278-1300
(360) 257-2011 Fax (360) 257-6751